UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         No. 2:13-CR-20041-005

LESLIE MARGARET KAELIN                                                                    DEFENDANT

**ORDER**

Before the Court is Defendant Leslie Margaret Kaelin's motion (Doc. 311) for early termination of her supervised release. Ms. Kaelin wants to seal her record in order to pursue career opportunities, and believes early termination of supervised release will assist her in that process. Ms. Kaelin has filed certificates of achievement in support of her motion. The Government has filed a response (Doc. 312) in opposition, arguing that Ms. Kaelin has identified no great hardship or extraordinary circumstances, and has not shown that she has exhibited exceptionally good behavior such that early termination would be "warranted by the conduct of the defendant released and in the interest of justice." 18 U.S.C. § 3583(e)(1).

Ms. Kaelin appears to have had no violations while in BOP custody. The certificates attached to her motion reveal that she actively and successfully participated in a number of BOP programs offered to help inmates rehabilitate and prepare for a return to society. She has completed approximately half of her sentenced three-year term of supervised release. Although Ms. Kaelin's behavior is commendable, compliance with conditions of supervised release is expected, not extraordinary. The burden to demonstrate that early termination is warranted and in the interest of justice belongs to Ms. Kaelin, and the instant motion does not carry the burden.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 311) is DENIED.

IT IS SO ORDERED this 13th day of March, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE